# EXHIBIT A - PLEADINGS