| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Kathleen M. Walker, Esq. SB#156128<br>Lynnette A. Christopoulos, Esq. SB#192123<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: 213.250.1800<br>Facsimile: 213.250.7900 | |
| ATTORNEY(S) FOR: Defendant Sela Healthcare, Inc. dba Villa Mesa C | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CARRILLO, individually and as heir of DAVID CARRILLO, deceased,<br>Plaintiff(s),<br>v.<br>VILLA MESA CARE CENTER, a/k/a San Antonio Post Acute, and DOES 1-50,<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Sela Healthcare, Inc. dba Villa Mesa Care Center
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Cynthia Carrillo | Plaintiff |
| Sela Healthcare, Inc. dba Villa Mesa Care Center, erroneously sued as, Villa Mesa Care Center a/k/a San Antonio Post Acute Facility | Defendant |

| | |
|---|---|
| January 26, 2021 | /s/ Lynnette A. Christopoulos, Esq. |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Sela Healthcare, Inc. dba Villa Mesa Care Center

---

CV-30 (05/13)  **NOTICE OF INTERESTED PARTIES**