1  ANNE MARIE MURPHY (SBN 202540)
   amurphy@cpmlegal.com
2  **COTCHETT, PITRE & McCARTHY LLP**
3  840 Malcolm Road
   Burlingame, CA 94010
4  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
5
   GARY A. PRAGLIN (SBN 101256)
6  gpraglin@cpmlegal.com
7  KELLY W. WEIL (SBN 291398)
   kweil@cpmlegal.com
8  CARLOS URZUA (SBN 303176)
   curzua@cpmlegal.com
9  KALI V. FOURNIER (SBN 320579)
   kfournier@cpmlegal.com
10 **COTCHETT, PITRE & McCARTHY LLP**
11 2716 Ocean Park Boulevard, Suite 3088
   Santa Monica, CA 90405
12 Telephone: (310) 392-2008
   Facsimile: (310) 392-0111
13
14 *Attorneys for Plaintiff*

15                **UNITED STATES DISTRICT COURT**

16           **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| **CYNTHIA CARRILLO,** individually and as heir of **DAVID CARRILLO**, deceased,<br><br>Plaintiff,<br><br>v.<br><br>**VILLA MESA CARE CENTER**, a/k/a **San Antonio Post Acute Facility**;<br><br>and,<br><br>**DOES 1-50**.<br><br>Defendants. | CASE NO.: 5:21-cv-00150<br><br>**NOTICE OF APPEARANCE OF KALI V. FOURNIER ON BEHALF OF PLAINTIFF** |

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**NOTICE OF APPEARANCE OF KALI V. FOURNIER ON BEHALF OF PLAINTIFF**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, a member of this Court in good standing, hereby appears as counsel for Plaintiff. Counsel requests that a copy of all pleadings, notices, filings, discovery, correspondence, and other papers relating to this action be served upon the undersigned counsel at the address below:

KALI V. FOURNIER
Cotchett, Pitre & McCarthy, LLP
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA  90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111
kfournier@cpmlegal.com

Dated: January 27, 2021              **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Kali V. Fournier*
       KALI V. FOURNIER

*Attorneys for Plaintiffs*