ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

GARY A. PRAGLIN (SBN101256)
gpraglin@cpmlegal.com
KELLY W. WEIL (SBN 291398)
kweil@cpmlegal.com
CARLOS URZUA (SBN 303176)
curzua@cpmlegal.com
KALI V. FOURNIER (SBN 320579)
kfournier@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Boulevard, Suite 3088
Santa Monica, CA 90405
Telephone: (310) 392-2008
Facsimile: (310) 392-0111

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA CARRILLO**, individually and as heir of **DAVID CARRILLO, deceased**,<br><br>Plaintiff,<br><br>v.<br><br>**VILLA MESA CARE CENTER,** a/k/a San Antonio Post Acute Facility; and **DOES 1-50,**<br><br>Defendants. | CASE NO: 5:21-cv-00150 FLA-SP<br><br>**REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY WITH AND IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Magistrate Judge: Hon. Sheri Pym<br><br>Date:  April 9, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 6B<br><br>Action Filed: January 26, 2021<br>Trial Date:  None Set |

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY WITH AND IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND;
CASE NO. 5:21-cv-00150 FLA-SP**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Evidence, Rule 201, Plaintiff Cynthia Carrillo, hereby requests that the Court take judicial notice of the following documents, attached as **Exhibits "1" through "10**," in support of Plaintiff's Motion to Remand.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the July 1, 2020, Defendants Notice of Removal, in the matter *Emma Martin et al v. Serrano Post Acute, LLC, et al.*, Case No. 2:20-cv-05937-DSF-SK, Dkt. No. 1.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the September 10, 2020 Order of Remand in the matter *Emma Martin et al v. Serrano Post Acute, LLC, et al.*, Case No. 2:20-cv-05937-DSF-SK, Dkt. No. 34.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the November 18, 2020 Order Denying Defendants' Motion for a Stay Pending Appeal, in the matter *Emma Martin et al v. Serrano Post Acute, LLC, et al.*, Case No. 2:20-cv-05937-DSF-SK, Dkt. No. 53.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Fourth Amendment to Declaration of Health and Human Services Secretary Alex Azar Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Order Granting Plaintiffs' Motion to Remand in the matter *Fernande Lyons et al. v. Cucumber Holdings, LLC, et al.* United States District Court, Central District of California, Case No. CV20-10571-JFW(JPRX), the Honorable John F. Walter presiding, dated February 3, 2021.

6. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs' Notice of Motion and Motion to Remand in the matter *Fernande Lyons et al. v. Cucumber Holdings, LLC, et al.* United States District Court, Central District of California, Case No. CV20-10571-JFW(JPRX), the Honorable John F. Walter presiding, dated December

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY WITH AND IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND; CASE NO. 5:21-cv-00150 FLA -SP

1

30, 2020.

7. Attached hereto as **Exhibit 7** is a true and correct copy of Defendants' Opposition to Plaintiff's Motion to Remand in the matter *Fernande Lyons et al. v. Cucumber Holdings, LLC, et al.* United States District Court, Central District of California, Case No. CV20-10571-JFW(JPRX), the Honorable John F. Walter presiding, dated January 11, 2021.

8. Attached hereto as **Exhibit 8** is a true and correct copy of Defendants' Request for Judicial Notice in support of and in Opposition to Plaintiffs' Motion to Remand in the matter *Fernande Lyons et al. v. Cucumber Holdings, LLC, et al.* United States District Court, Central District of California, Case No. CV20-10571-JFW(JPRX), the Honorable John F. Walter presiding, dated January 11, 2021.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the Order Denying Plaintiffs' Motion to Remand in the matter *Gilbert Garcia et al v. Welltower OpCo Group LLC et al.* United States District Court, Central District of California, Case No. SACV 20-02250JVS(KESx), the Honorable James V. Selna presiding, dated February 10, 2021.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the Order Granting Plaintiffs' Motion to Remand in the matter *Marc Dupervil, as the proposed administrator of the estate of Frederic Dupervil, deceased, v. Alliance Health Operations, LLC, dba Linden Center for Nursing and Rehabilitation, John and Jane Does, 1-10*, United States District Court, Eastern District of New York, Case No. 1:20-CV-4042-PKC-PK, 2020 WL 2747335, the Honorable Judge Pamela K. Chen presiding, dated February 2, 2021.

Federal Rule of Evidence 201 permits the Court to take judicial notice of these documents because they are not subject to reasonable dispute, and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. A federal court must take judicial notice "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

LAW OFFICES COTCHETT, PITRE & McCARTHY, LLP

REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY WITH AND IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND; CASE NO. 5:21-cv-00150 FLA -SP

2

Judicial notice of these documents is appropriate pursuant to Rule 201(b)(2), since they can be "accurately and readily determined from sources whose accuracy cannot be reasonably questioned. *United States v. Ferguson*, 681 F.3d 826, 834 (6th Cir. 2012) (granting judicial notice of guilty plea and facts in guilty plea); *United States v. Camp*, 723 F.2d 741, 744 (9th Cir. 1984) (providing examples of government records for which courts take judicial notice); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("a court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases."); *Star Varga v. United Airlines*, 2009 U.S. Dist. LEXIS 64000, *14 (N.D. Cal. Jul. 24, 2009) (taking judicial notice of contract filed with Department of Transportation); *Veliz v. Cintas Corp.*, 2009 U.S. Dist. LEXIS 36328, *11-12, fn. 2, 3 (N.D. Cal. Apr. 23, 2009) (taking judicial notice of Department of Transportation's and Department of Labor's notice of interpretation, opinion letters, handbooks).

Additionally, these documents should be judicially noticed as a document that is accurately and readily determined directly from the CM/ECF government website where documents for Federal cases are filed. *See United States v. Somnia, Inc.*, 339 F. Supp. 3d 947, 951 (E.D. Cal. 2018) (holding that the accuracy cannot reasonably be questioned of a document readily available on a governmental website); *Paralyzed Veterans of Am. v. McPherson*, No. C064670SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008) (holding that information from government agency websites are often proper for judicial notice).

For the foregoing reasons, Plaintiff respectfully requests that this Court take judicial notice of these documents.

Dated: February 25, 2021     **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Anne Marie Murphy*
     ANNE MARIE MURPHY
     CARLOS URZUA
     KALI V. FOURNIER
     *Attorneys for Plaintiffs*

LAW OFFICES COTCHETT, PITRE & McCARTHY, LLP

**REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY WITH AND IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND; CASE NO. 5:21-cv-00150 FLA -SP**         3

## CERTIFICATE OF SERVICE

I, Anne Marie Murphy, hereby certify that, on February 25, 2021, I electronically filed the foregoing with the Clerk for the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: _/s/ Anne Marie Murphy_
ANNE MARIE MURPHY

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY WITH AND IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND; CASE NO. 5:21-cv-00150 FLA -SP

4